[No. 9562–2–III.   Division Three.   December 7, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE EDWARD ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–1–00407–8, Albert J. Yencopal, J., entered August 19, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Shields, J.

[No. 22052–7–I.   Division One.   December 11, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LONNIE RAY CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02395–4, Faith Enyeart, J., entered March 16, 1988. *Reversed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Pekelis, JJ.

[No. 21790–9–I.   Division One.   December 11, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE ISOBE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–04557–1, Norman W. Quinn, J., entered January 8, 1988. *Reversed* and *remanded with instructions* by unpublished opinion per Pekelis, J., concurred in by Swanson and Scholfield, JJ.

[No. 21611–2–I.   Division One.   December 11, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES GENE TATUM, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00214–1, Anne L. Ellington, J., entered December 21, 1987. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Grosse, J.